NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

AUG 26 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: MARTIN MUSONGE,<br><br>                Debtor,<br><br>------------------------------<br><br>NATHANIEL BASOLA SOBAYO,<br><br>                Appellant,<br><br>  v.<br><br>HIEN THI NGUYEN; ROBERT K. LANE;<br>DANIEL BUTT; KHIEM NGUYEN;<br>AVALON NGUYEN GARDNER LIVING<br>TRUST; HONG JACQUELINE<br>GARDNER; MARTIN MUSONGE,<br><br>                Appellees. | No. 21-60032<br><br>BAP No. 20-1184<br><br><br>MEMORANDUM[*] |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Spraker, Gan, and Brand, Bankruptcy Judges, Presiding

Submitted August 17, 2022[**]

Before:    S.R. THOMAS, PAEZ, and LEE, Circuit Judges.

---

     [*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

     [**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Nathaniel Basola Sobayo appeals pro se from the Bankruptcy Appellate Panel's ("BAP") judgment affirming the bankruptcy court's summary judgment dismissing the involuntary Chapter 7 petition Sobayo filed against alleged debtor Martin Musonge. We have jurisdiction under 28 U.S.C. § 158(d). We review de novo BAP decisions and apply the same standard of review that the BAP applied to the bankruptcy court's ruling. *Boyajian v. New Falls Corp. (In re Boyajian)*, 564 F.3d 1088, 1090 (9th Cir. 2009). We affirm.

The bankruptcy court properly granted summary judgment because Sobayo failed to raise a genuine dispute of material fact as to whether there was no bona fide dispute as to the validity of Sobayo's claims against Musonge for the amount of outstanding rent and house debt liability. *See* 11 U.S.C. § 303(b)(1) (petitioning creditor must hold a claim "that is not contingent as to liability or the subject of a bona fide dispute as to liability or amount"); *Liberty Tool & Mfg. v. Vortex Fishing Sys., Inc. (In re Vortex Fishing Sys., Inc.)*, 277 F.3d 1057, 1064 (9th Cir. 2002) ("[T]he burden is on the petitioning creditors to show that no bona fide dispute exists."); *see also In re Boyajian*, 564 F.3d at 1090 (standard of review).

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Sobayo's motion to accept the opening brief, set forth in the opening brief, is

21-60032

granted.  All other pending motions and requests are denied.

**AFFIRMED.**